

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2019

No. 04-18-00554-CV

**MO-VAC COMPANY OF ALICE,**
Appellant

v.

Michael **MYANE** LP d/b/a Pipeline Measurement Co., LP and Michael Myane Management, LLC,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-04-54479-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

The Appellees' Unopposed Second Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to May 1, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court